# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

131075

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ABDULL HASAN EDGE,
      Defendant-Appellant.

SC: 131075
COA: 268088
Kent CC: 05-005712-FH

_____/

     On order of the Court, the application for leave to appeal the March 13, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. Because defendant's application for leave to appeal was timely filed in the Court of Appeals pursuant to MCR 7.205(F)(3), the Court of Appeals erroneously relied on MCR 6.508(D) to deny defendant's application.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

s0724